No. 299, Misc.   JANEK *v.* FEDERAL PACIFIC ELECTRIC Co.   Supreme Court of New Jersey.   Certiorari denied. Petitioner *pro se.   Isidor Kalisch* for respondent.

No. 302, Misc.   BEAMON *v.* ILLINOIS.   Supreme Court of Illinois.   Certiorari denied.

No. 310, Misc.   ARTHUR *v.* DIRECTOR, PATUXENT INSTITUTION, ET AL.   Court of Appeals of Maryland. Certiorari denied.

No. 311, Misc.   BOGISH *v.* NEW JERSEY.   Supreme Court of New Jersey.   Certiorari denied.

No. 313, Misc.   SIMS *v.* WILLINGHAM, WARDEN.   C. A. 3d Cir.   Certiorari denied.   Petitioner *pro se.   Solicitor General Cox, Assistant Attorney General Marshall* and *Harold H. Greene* for respondent.

No. 314, Misc.   STREIT *v.* BENNETT, WARDEN.   Supreme Court of Iowa.   Certiorari denied.

No. 315, Misc.   EASTMAN *v.* NEW YORK.   Court of Appeals of New York.   Certiorari denied.

No. 319, Misc.   MILLER *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.   Petitioner *pro se.   Solicitor General Cox* for the United States.

No. 361, Misc.   MELTON *v.* PENNSYLVANIA.   Supreme Court of Pennsylvania.   Certiorari denied.   Petitioner *pro se.   Louis F. McCabe* for respondent.